IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DARRIN TERRONE AUZENNE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION 08-571-CB-N |
| | ) | |
| MICHAEL MCCRORY, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636 is adopted as the opinion of this Court.

It is ORDERED that the Respondent's Motion for Summary Judgment is GRANTED, and that plaintiff's claims brought pursuant to 28 U.S.C. § 1983 are DISMISSED with prejudice.

DONE this  19  day of  July , 2010.

/s/ *Charles R. Butler, Jr.*
CHARLES R. BUTLER, JR.
SENIOR UNITED STATES DISTRICT JUDGE