IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION


DARRIN TERRONE AUZENNE,                    )

                    Plaintiff,             )       CIVIL ACTION NO.

v.                                         )       08-571-CB-N

MICHAEL MCCRORY,                           )

                    Respondent.            )


**JUDGMENT**


    It is **ORDERED, ADJUDGED,** and **DECREED** that judgment be entered in favor of

the Respondent in the above-styled action. No costs are taxed.

    **DONE** this 19th day of July, 2010.


                                                  *s/Charles R. Butler, Jr.*
                                               **Senior United States District Judge**